# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIRVESH KARKI, an individual,<br><br>           Plaintiff,<br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company,<br><br>           Defendant. | Case No.: <u>2:24-cv-02411-WBS-SCR</u><br><br>*Assigned Judge: Hon. William B. Shubb*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  April 17, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE